APPEAL No. 76-337. STATE v. JACOB TARZIAN. Motion of State to withdraw its appeal is granted. Julius C. Michaelson, Attorney General, Judith Romney Wegner, Special Asst. Attorney General, for plaintiff. Salvatore L. Romano, Jr., Harvey Brower, Lawrence, Mass., for defendant.

APPEAL No. 76-401. ALBERT E. ROSSI v. RHODE ISLAND PUBLIC TRANSIT AUTHORITY. Motion of defendant to delay filing of its brief until a companion case has been appealed is granted. Arthur A. Coia, for plaintiff. Seth K. Gifford, for defendant.

APPEAL No. 77-42. STATE v. GERARD T. OUIMETTE. Motion of defendant for special assignment is granted and this case is assigned to the calendar for March 10, 1977 at 9:30 a.m. for oral argument. Bevilacqua, C.J., not participating. Julius C. Michaelson, Attorney General, Nancy Marks Rahmes, Special Asst. Attorney General, for plaintiff. William F. Reilly, Public Defender, Peter Di Biase, Asst. Public Defender, for defendant.

February 14, 1977.

M. P. No. 77-19. WILLIAM H. BAILEY et al. v. ROBERT F. BURNS. Petition for writ of mandamus is granted and the alternative writ shall issue forthwith. The petitioners' brief shall be filed on or before February 25, 1977, the respondent's brief shall be filed on or before March 4, 1977, and the case is assigned for oral argument on the merits to the calendar for March 11, 1977 at 9:30 a.m. Bevilacqua, C.J., not participatng. John A. O'Neill, Jr., Louis A. Mascia, for petitioners. Julius C. Michaelson, Attorney General, William Granfield Brody, Special Asst. Attorney General, for respondent.